**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **BENJAMIN MICHAEL BAKER** |
| Debtor 2 (Spouse, if filing) | **JONI MARIE BAKER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-10146TPA** |

Form 4100N
# Notice of Final Cure Payment                                         10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

| | |
|---|---|
| **Name of creditor:** | US BANK TRUST NA - TRUSTEE OF TIKI |
| **Court claim no.** (if known): | 6-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 4 3 2 5 |
| **Property Address:** | 378 PITTSVILLE ROAD<br>KENNDERDELL PA 16374 |

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**                                        Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment      $ $1,230.20

    The next postpetition payment is due on    4 / 1 / 2020
                                                                 MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **BENJAMIN MICHAEL BAKER** | Case number *(if known)* | **15-10146TPA** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour          Date 10/08/2020
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **BENJAMIN MICHAEL BAKER** | Case number *(if known)* | **15-10146TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/17/2015 | | WELLS FARGO FINANCIAL PENNSYLVANI, | REALLOCATION OF CONTINUING DEBT | 1,080.12 |
| 11/24/2015 | 0970752 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,002.43 |
| 12/22/2015 | 0974697 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,064.82 |
| 01/26/2016 | 0978772 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,356.11 |
| 02/24/2016 | 0982675 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,019.99 |
| 03/28/2016 | 0986745 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,019.88 |
| 04/22/2016 | 0990897 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,024.02 |
| 05/24/2016 | 0994853 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,023.91 |
| 06/27/2016 | 1003623 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,023.81 |
| 07/26/2016 | 1007574 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,023.69 |
| 08/26/2016 | 1011637 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 554.44 |
| 09/27/2016 | 1015577 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,065.86 |
| 10/26/2016 | 1019043 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,148.01 |
| 12/21/2016 | 1025634 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 926.71 |
| 01/27/2017 | 1029167 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 563.46 |
| 02/24/2017 | 1032522 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 885.18 |
| 03/28/2017 | 1035965 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 668.25 |
| 04/21/2017 | 1039202 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 320.88 |
| 05/25/2017 | 1042511 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 102.73 |
| 06/27/2017 | 1045913 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 260.71 |
| 07/25/2017 | 1049197 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,189.05 |
| 08/25/2017 | 1052551 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 84.31 |
| 10/25/2017 | 1059232 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 831.48 |
| 11/21/2017 | 1062459 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 2,313.02 |
| 12/21/2017 | 1065812 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,363.61 |
| 01/25/2018 | 1069082 | WELLS FARGO FINANCIAL PENNSYLVANI, | AMOUNTS DISBURSED TO CREDITOR | 1,416.00 |
| 02/09/2018 | | MTGLQ INVESTORS LP | CONTINUING DEBT REFUND | -1,416.00 |
| 02/23/2018 | 1071397 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 979.17 |
| 03/28/2018 | 1074584 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,422.29 |
| 04/24/2018 | 1077820 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,414.13 |
| 05/25/2018 | 1081090 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,406.52 |
| 06/22/2018 | 1084228 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,398.40 |
| 07/26/2018 | 1087466 | MTGLQ INVESTORS LP | AMOUNTS DISBURSED TO CREDITOR | 1,391.18 |
| 09/25/2018 | 1094540 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,380.64 |
| 10/29/2018 | 1097795 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,375.18 |
| 11/27/2018 | 1100899 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,363.99 |
| 12/21/2018 | 1103997 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 2,713.61 |
| 02/25/2019 | 1110495 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,349.16 |
| 05/24/2019 | 1120511 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,349.23 |
| 06/25/2019 | 1123917 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,360.58 |
| 08/27/2019 | 1130863 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 655.50 |
| 10/24/2019 | 1137510 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 1,706.39 |
| 11/25/2019 | 1140966 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 704.61 |
| 04/27/2020 | 1158297 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 13,740.81 |
| 06/26/2020 | 1164784 | US BANK TRUST NA - TRUSTEE OF TIKI SI | AMOUNTS DISBURSED TO CREDITOR | 2,167.73 |
| | | | | 60,795.60 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BENJAMIN MICHAEL BAKER
JONI MARIE BAKER
378 PITTSVILLE ROAD
KENNERDELL, PA  16374

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

US BANK TRUST NA - TRUSTEE OF TIKI SERIES III TRUST
C/O SN SERVICING CORP(*)
323 5TH ST
EUREKA, CA  95501

SN SERVICING CORP(*)
323 5TH ST*
EUREKA, CA  95501

SOTTILE & BARILE LLC
394 WARDS CORNER RD STE 180
LOVELAND, OH  45140


10/8/20                                                                                    /s/ Roberta Saunier
                                                                                           Administrative Assistant
                                                                                           Office of the Chapter 13 Trustee